IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOSEPH CHANCE SLATER,  \*

      Plaintiff,  \*

v.     Case No. 7:20-CV-151

  \*

Officer PATRICK GOOSBY, et al.,

  \*

      Defendants.

  \*

## JUDGMENT

Pursuant to this Court's Order dated May 17, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of May, 2022.

                  David W. Bunt, Clerk

                  s/ S. B. DeCesare, Deputy Clerk